UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY MIGLIOZZI,<br><br>        Plaintiff,<br><br>vs.<br><br>FRONTIERLAND COMMUNICATIONS et al.,<br><br>        Defendants. | 3:12-cv-00111-RCJ-VPC<br><br>ORDER |

    Pending before the court is pro se Plaintiff Mary Migliozzi's Application to Proceed In Forma Pauperis (ECF No. 1). The affidavit indicates that Plaintiff has no income or assets, but it is unsigned. The court therefore denies the motion.

## CONCLUSION

    IT IS HEREBY ORDERED that the Application to Proceed In Forma Pauperis (ECF No. 1) is DENIED.

    IT IS FURTHER ORDERED that the Clerk shall close the case.

    IT IS SO ORDERED.

Dated this 6th day of March, 2013.

_____
ROBERT C. JONES
United States District Judge